## Ronjee Middleton v. State, 04-14-00678-CR (Tex. App. 2014)

## Court of Appeals of Texas

Filed: December 31st, 2014

Status: Precedential

Docket Number: 04-14-00678-CR

Fingerprint: b9907e254a35190f710ac5a0318ae24478850076

2015 JAN 20 PM 1:52
IN THE COURT OF APPEALS
AT SAN ANTONIO
FILED

The State of TexasAppellee/s

Fourth Court of Appeals
San Antonio, Texas
December 29, 2014

No. 04-14-00678-CR

Ronjee MIDDLETON,
Appellant

v.

THE STATE OF TEXAS,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0666
Honorable Philip A. Kazen, Jr., Judge Presiding

ORDER

Appellant filed a motion to unseal Defendant's Exhibit 1, the juror information sheets.

January 15, 2015

**Regarding: Ronjee Middleton v. State, 04-14-00678-CR**

**Concern for the Motion to Unseal Juror Information Sheets from Prior Trial**


To the Texas Court of Appeals:

As a juror on the trial that convicted and sentenced Ronjee Middleton for aggravated assault with a deadly weapon, I became aware of his pending request to have the juror information sheets unsealed.

My concern is the juror information sheets contain personally identifiable information such as my name, address, etc. Given Mr. Middleton's criminal and gang-related history, and his most-likely ongoing external contact with known gang members, this raises concern for my family's safety.

Please ensure this letter of concern is filed with visibility to the appropriate court, and presented to any decision makers in this motion, including presiding judge, panel, jury, etc.

My request is for denial of the motion to have the juror information sheets unsealed. Or, only demographically relevant information be extracted then released, not the entire sheets (only race, sex, age).

The following page is from the document that my awareness of this issue came from.

Given this letter of concern may be made public, legal counsel has instructed me to not use my name; this may again put my family at risk.

Thank you for understanding and deciding appropriately.

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JAN 20 PM 1:52
Keith E. Hottle

FOREVER

USA

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
15 JAN 2015 PM 4 L

4th Court of Appeals

300 Dolorosa

Suite 3200

San Antonio, TX 78205

78205361000

Frank E. Hill
E. HOTEL C. CLERK

2015 JAN 20 PM 1:52

IN THE COURT OF APPEALS
SAN ANTONIO, TX
FILED